## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 10-12893
**Case Name:** SAFAKAS, CHRIS B.
SAFAKAS, LISA K.

**For Period Ending:** 03/31/2020

**Trustee Name:** (330720) Richard M. Fogel
**Date Filed (f) or Converted (c):** 08/15/2019 (f)
**§ 341(a) Meeting Date:** 05/21/2010
**Claims Bar Date:** 09/29/2010

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 230 Timber Crest Dr Schaumburg, IL 60193 (Debtors Residence) | 312,000.00 | 0.00 | | 0.00 | FA |
| 2 | Northern Trust Bank savings account #xxxxx9198 | 61.00 | 61.00 | | 0.00 | FA |
| 3 | Northern Trust Bank checking account #xxxxx5101 | 700.00 | 700.00 | | 0.00 | FA |
| 4 | Household goods; Big/flat screen TV, DVD player, VCR/camcorder, camera/videogames, TV stand, stereo, recliner, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, lawn mower, bbq grill | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | Books, Compact Discs, Tapes/Records, Family Pictures | 200.00 | 200.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel. | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 8 | Wedding ring set | 200.00 | 200.00 | | 0.00 | FA |
| 9 | Hobby equipment | 75.00 | 75.00 | | 0.00 | FA |
| 10 | Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Pension w/ Employer/Former Employer - 100% Exempt. | 46,651.00 | 46,651.00 | | 0.00 | FA |
| 12 | 2003 Honda Odyssey (over 109,600 miles) | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 13 | 2009 Honda Civic (over 12,000 miles) | 13,000.00 | 13,000.00 | | 7,500.00 | FA |
| 14 | Family Pets/Animals. | 0.00 | Unknown | | 0.00 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 0.48 | Unknown |
| **15** | **Assets Totals (Excluding unknown values)** | **$382,087.00** | **$70,087.00** | | **$7,500.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/20- Case was reopened to administer funds diverted by former trustee's administrative assistant. Trustee is waiting for settlement with trustee's firm to be funded.

**Initial Projected Date Of Final Report (TFR):** 12/31/2010     **Current Projected Date Of Final Report (TFR):** 12/31/2020

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| **Case No.:** | 10-12893 | **Trustee Name:** | Richard M. Fogel (330720) |
|---|---|---|---|
| **Case Name:** | SAFAKAS, CHRIS B. | **Bank Name:** | BANK OF AMERICA |
| | SAFAKAS, LISA K. | **Account #:** | ******6524 Money Market Account (Int |
| **Taxpayer ID #:** | **-***8580 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 03/31/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/29/10 | {13} | CHRIS & LISA SAFAKAS | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 7,500.00 | | 7,500.00 |
| 07/30/10 | | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 7,500.15 |
| 08/31/10 | | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 7,500.35 |
| 09/22/10 | | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 7,500.48 |
| 09/22/10 | | TRANSFER TO ACCT #******6647 | Final Posting Transfer | 9999-000 | | 7,500.48 | 0.00 |
| | | | **COLUMN TOTALS** | | 7,500.48 | 7,500.48 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 7,500.48 | |
| | | | **Subtotal** | | 7,500.48 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.48** | **$0.00** | |

*{ } Asset Reference(s)*  *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-2

| **Case No.:** | 10-12893 | **Trustee Name:** | Richard M. Fogel (330720) |
|---|---|---|---|
| **Case Name:** | SAFAKAS, CHRIS B. | **Bank Name:** | BANK OF AMERICA |
| | SAFAKAS, LISA K. | **Account #:** | ******6647 BofA - Checking Account |
| **Taxpayer ID #:** | **-***8580 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 03/31/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/22/10 | | TRANSFER FROM ACCT #******6524 | Transfer In From MMA Account | 9999-000 | 7,500.48 | | 7,500.48 |
| 11/30/10 | 3001 | BARRY A. CHATZ | Chapter 7 Compensation/Fees | 2100-000 | | 1,500.05 | 6,000.43 |
| 11/30/10 | 3002 | BARRY A. CHATZ | Chapter 7 Expenses | 2200-000 | | 20.64 | 5,979.79 |
| 11/30/10 | 3003 | GINA B. KROL | Attorney for Trustee Fees (Other Fi | 3210-000 | | 1,475.00 | 4,504.79 |
| 11/30/10 | 3004 | Discover Bank Dfs Services LLC | Claim 000001, Payment 5.80458% | 7100-000 | | 664.68 | 3,840.11 |
| 11/30/10 | 3005 | Discover Bank Dfs Services LLC | Claim 000002, Payment 5.80458% | 7100-000 | | 742.63 | 3,097.48 |
| 11/30/10 | 3006 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent | Claim 000003, Payment 5.80462% | 7100-000 | | 848.78 | 2,248.70 |
| 11/30/10 | 3007 | PYOD LLC its successors and assigns as assignee of | Claim 000004, Payment 5.80462% | 7100-000 | | 643.79 | 1,604.91 |
| 11/30/10 | 3008 | PYOD LLC its successors and assigns as assignee of | Claim 000005, Payment 5.80463% | 7100-000 | | 388.07 | 1,216.84 |
| 11/30/10 | 3009 | GE Money Bank c/o Recovery Management Systems Corporat | Claim 000006, Payment 5.80444% | 7100-000 | | 66.83 | 1,150.01 |
| 11/30/10 | 3010 | American Express Centurion Bank c o Becket and Lee LLP | Claim 000007, Payment 5.80464% | 7100-000 | | 253.34 | 896.67 |
| 11/30/10 | 3011 | American Express Centurion Bank c o Becket and Lee LLP | Claim 000008, Payment 5.80417% | 7100-000 | | 27.12 | 869.55 |
| 11/30/10 | 3012 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent | Claim 000009, Payment 5.80458% | 7100-000 | | 154.15 | 715.40 |
| 11/30/10 | 3013 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent | Claim 000010, Payment 5.80466% | 7100-000 | | 715.40 | 0.00 |
| | | **COLUMN TOTALS** | | | 7,500.48 | 7,500.48 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 7,500.48 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 7,500.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$7,500.48** | |

*{ } Asset Reference(s)*    *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| **Case No.:** | 10-12893 | **Trustee Name:** | Richard M. Fogel (330720) |
|---|---|---|---|
| **Case Name:** | SAFAKAS, CHRIS B. | **Bank Name:** | Mechanics Bank |
| | SAFAKAS, LISA K. | **Account #:** | ******8400 Checking |
| **Taxpayer ID #:** | **-***8580 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 03/31/2020 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*                    *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-4

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 10-12893 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SAFAKAS, CHRIS B. SAFAKAS, LISA K. | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***8580 | **Account #:** | ******8400 Checking | |
| **For Period Ending:** | 03/31/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| | |
|---|---:|
| Net Receipts: | $7,500.48 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $7,500.48 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6524 Money Market Account (Int | $7,500.48 | $0.00 | $0.00 |
| ******6647 BofA - Checking Account | $0.00 | $7,500.48 | $0.00 |
| ******8400 Checking | $0.00 | $0.00 | $0.00 |
| | **$7,500.48** | **$7,500.48** | **$0.00** |